**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01177-CV

### MICHAEL BORSCHOW, Appellant

### V.

### TEXAS HEARING, INC., Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00423-A**

## ORDER

Before the Court is Shelly L. Skeen, Claire E. James, and the law firm of Blume, Faulkner, Skeen and Northam, PLLC's November 24, 2014, unopposed motion for leave to withdraw as counsel for appellant. The motion is **GRANTED**. The Clerk of the Court is directed to remove Shelly L. Skeen, Claire E. James, and the law firm of Blume, Faulkner, Skeen and Northam, PLLC as counsel for appellant and to send all future correspondence to:

Mr. Michael Borschow
3819 Gilbert Avenue, Unit C
Dallas, Texas 75219-6728
(817) 219-1919

/s/     CRAIG STODDART
JUSTICE